# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHANTAE LANDOR-JOHNSON

VERSUS

USAA CASUALTY INSURANCE
COMPANY, GRETA BOOTH, AND
GEICO CASUALTY COMPANY

NO.   2019 CW 1571

**MAR 1 6 2020**

---

In Re:   Greta Booth and USAA Casualty Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 682488.

---

BEFORE:   **McDONALD, WELCH, THERIOT, CHUTZ, AND BURRIS,[1] JJ.**

**WRIT DENIED.**

**JEW**
**WRC**
**WJB**

**McDonald and Theriot, JJ.**, dissent and would grant the writ. Pursuant to the doctrine of *forum non conveniens*, this suit should be heard in St. Tammany Parish. See La. Code Civ. P. art. 123(A).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.